IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Paul Anthony Thomas, Jr., #288094, ) | |
| ) | C.A. No.: 0:08-03039-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| The State of South Carolina; S.C. Dept.of ) | |
| Corrections; S.C. Dept. of Probation, Parole ) | |
| and Pardon Services; John Benjamen Aplin; ) | |
| Robert M. Stevenson, III, Warden; Henry ) | |
| Dargan McMaster, Attorney General, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Paige J. Gossett, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

No objections were filed to the Report and Recommendation. The Report and Recommendation [docket entry #27] was mailed to the plaintiff on January 7, 2009 [docket entry

1

#28], and was returned to the court on January 13, 2009 [docket entry #29] marked "Mail Returned as Undeliverable, Released." Plaintiff has not provided the court with an updated address as required by the order of September 10, 2008 [docket entry #10], and as a result, the court has no means of contacting him concerning his case. Plaintiff was warned and advised in the order to keep the Clerk apprised of his current address and that a failure to do so may result in a dismissal of the case. Accordingly, this action is due to be dismissed pursuant to Fed. R.Civ.Proc. 41(b). Furthermore, in the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Gossett's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the complaint in this case is hereby DISMISSED without prejudice and without issuance and service of process, and also pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                               s/ R. Bryan Harwell
                                               R. BRYAN HARWELL
                                               United States District Judge

Florence, South Carolina
January 27, 2009